1052

[Nos. 38467-8-I; 38767-7-I.   Division One.   May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
FONVILLE, *Appellant*.

Appeals from judgments of the Superior Court for Sno-
homish County, Nos. 95-1-00981-1, 95-1-00979-9, Gerald L.
Knight and Joseph A. Thibodeau, JJ., entered December
20, 1995, and May 8, 1996. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Agid, A.C.J., and Ellington,
J.

[No. 38772-3-I.   Division One.   May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
BENNETT TURNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07488-6, Richard M. Ishikawa, J., entered
May 29, 1996. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Grosse and Becker, JJ.

[Nos. 38946-7-I; 41571-9-I.   Division One.   May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LEE
SMITH, *Appellant*.

*In the Matter of the Personal Restraint of* TIMOTHY LEE
SMITH, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03013-7, Brian D. Gain, J., entered July 1,
1996, together with a petition for relief from personal re-
straint. Judgment *affirmed* and petition *denied* by unpub-
lished opinion per Grosse, J., concurred in by Agid, A.C.J.,
and Coleman, J.